UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _7/2/2026_

P. RODRIGUEZ,

               Plaintiff,

    -v-

FRANK BISIGNANO, *Commissioner of Social Security*,

            Defendant.

**ORDER**

26-CV-2687 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On June 1, 2026, Defendant filed the certified administrative record in this matter. Pursuant to the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g), Plaintiff's brief was due by July 1, 2026. To date, so far as the docket reflects, Plaintiff has not filed her brief. The Court *sua sponte* extends the deadline for Plaintiff to file her brief to **July 9, 2026**. Failure to file by this deadline may result in dismissal for failure to prosecute.

**SO ORDERED.**

Dated: July 2, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge