USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P. RODRIGUEZ,

Plaintiff,

-v-

FRANK BISIGNANO, *Commissioner of Social Security*,

Defendant.

**ORDER**

26-CV-2687 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Motion for Judgment on the Pleadings, ECF No. 11 (the "Motion"), filed on July 14, 2026. Defendant is directed to file a response to the Motion by **August 13, 2026.** Plaintiff shall file her reply by **August 27, 2026.**

**SO ORDERED.**

Dated: July 15, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge