USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P. RODRIGUEZ,

Plaintiff,

-v-

FRANK BISIGNANO, *Commissioner of Social Security*,

Defendant.

**ORDER**

26-CV-2687 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's order at ECF No. 16, Plaintiff's deadline to file a reply brief was October 13, 2026. To date, so far as the docket reflects, Plaintiff has not filed a reply brief. The undersigned *sua sponte* extends the deadline for Plaintiff to file a reply brief to **October 20, 2026**.

**SO ORDERED.**

Dated: October 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge